**VICTOR N. PIPPINS**
California State Bar No. 251953
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone No. (619) 234-8467
Email: Victor_Pippins@fd.org

Attorneys for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 08M1425 |
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| MIGUEL ANGEL ARAUJO-GONZALEZ, | ) | |
| Defendant. | ) | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Victor Pippins, Federal Defenders of San Diego, Inc., files this Notice of Appearance as attorney in the above-captioned case.

Respectfully submitted,

Dated: May 12, 2008

*/s/ Victor N. Pippins*
Federal Defenders of San Diego, Inc.
Attorneys for Defendant
Victor_Pippins@fd.org

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Copy to Defendant

Dated: May 12, 2008

*/s/ Victor N. Pippins*

Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
Victor_Pippins@fd.org email